ELIZABETH HOWARD (SBN 173185)
JAN E. ELLARD (SBN 171947)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants PROTIVA BIOTHERAPEUTICS, INC. and MARK J. MURRAY

MEREDITH N. LANDY (SBN 136489)
ROBERTA L. HARTING (SBN 225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Plaintiff SIRNA THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIRNA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTIVA BIOTHERAPEUTICS, INC. and MARK J. MURRAY, <br><br> Defendants. | Case No. C-06-1361 MMC <br> Complaint filed: February 23, 2006 <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1   The parties herein, by and through their counsel of record, hereby stipulate and
2   agree as follows:
3   WHEREAS Plaintiff filed its Amended Complaint on April 25, 2006;
4   WHEREAS the current deadline for Defendants to Answer or otherwise respond to
5   the Complaint is June 7, 2006;
6   WHEREAS due to the fact that the parties are presently negotiating in good faith
7   to resolve their dispute without legal recourse, the parties respectfully request the Court to extend
8   Defendants' time to Answer or otherwise respond to the Complaint to Thursday, July 6, 2006.
9   NOW, THEREFORE, the parties request that the Court order the following:
10  1.   Defendants' last day to file an Answer or otherwise respond to Plaintiff's
11  Complaint is July 6, 2006.
12  So stipulated:

13  Dated: June 6, 2006
                                                    / s /
                                        _____
                                              Jan E. Ellard
14                                        Attorney for Defendants
                                    PROTIVA BIOTHERAPEUTICS, INC. and
15                                           MARK J. MURRAY

16

17  Dated: June 6, 2006
                                                    / s /
                                        _____
                                            Meredith N. Landy
18                                        Attorney for Plaintiff
                                         SIRNA THERAPEUTICS, INC.
19

20  I hereby attest that concurrence in this joint document has been obtained from
21  Meredith N. Landy, counsel for Plaintiff.

22

23  Dated: June 6, 2006
                                                    / s /
                                        _____
                                              Jan E. Ellard
24                                        Attorney for Defendants
                                    PROTIVA BIOTHERAPEUTICS, INC. and
25                                           MARK J. MURRAY

26

27

28

US_WEST:260031772.1                        1            STIPULATION AND [PROPOSED] ORDER
                                                        CASE NO. C-06-1361 (MMC)

**SO ORDERED:**

Dated: June _7_, 2006

_____
The Hon. Maxine M. Chesney
United States District Judge