1  MEREDITH N. LANDY (State Bar No. 136489)
   ROBERTA L. HARTING (State Bar No. 225067)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025-7019
   Telephone:  (650) 473-2600
4  Facsimile:   (650) 473-2601
   E-Mail:    mlandy@omm.com
5             rharting@omm.com

6  Attorneys for Plaintiff
   SIRNA THERAPEUTICS, INC.
7
   ELIZABETH A. HOWARD (State Bar No. 173185)
8  JAN E. ELLARD (State Bar No. 171947)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, California  94025-1015
10 Telephone:  (650) 614-7400
   Facsimile:   (650) 614-7401
11 E-Mail:    ehoward@orrick.com
              jellard@orrick.com
12
   Attorneys for Defendants
13 PROTIVA BIOTHERAPEUTICS, INC.
   and MARK J. MURRAY
14

15              **IN THE UNITED STATES DISTRICT COURT**

16             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18 | SIRNA THERAPEUTICS, INC.,             | Case No. C 06-01361 MMC |
19 | Plaintiff,                             | **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |
20 | v.                                     |
21 | PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY, |
22 | Defendants.                            |

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

The parties herein, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS plaintiff filed its Amended Complaint on April 25, 2006;

WHEREAS the current deadline for defendants to answer or otherwise respond to the Amended Complaint is July 6, 2006;

WHEREAS the parties are currently negotiating in good faith to resolve their dispute without legal recourse, the parties respectfully request the Court to extend the defendants' time to answer or otherwise respond to the Amended Complaint to July 21, 2006.

NOW, THEREFORE, the parties request that the Court order the following:

Defendants' last day to answer or otherwise respond to the Amended Complaint is July 21, 2006.

SO STIPULATED.

Dated: June 30, 2006                O'MELVENY & MYERS LLP

By: ___/s/ Meredith N. Landy___
     Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

Dated: June 30, 2006                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/s/ Elizabeth A. Howard___
     Elizabeth A. Howard

Attorneys for Defendants
PROTIVA BIOTHERAPEUTICS, INC.
and MARK J. MURRAY

/ / /

/ / /

/ / /

- 2 -
STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

|   |   |
|---|---|
| 1 | **CERTIFICATION OF CONCURRENCE** |
| 2 | I hereby attest that concurrence in the filing of this document has been obtained from |
| 3 | counsel for defendants, Elizabeth A. Howard. |

Dated: June 30, 2006                                O'MELVENY & MYERS LLP

By: ___/s/ Meredith N. Landy___
        Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: July __5__, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:983855.1

- 3 -
STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC