| | |
|---|---|
| 1 | MEREDITH N. LANDY (State Bar No. 136489) |
|   | ROBERTA L. HARTING (State Bar No. 225067) |
| 2 | O'MELVENY & MYERS LLP |
|   | 2765 Sand Hill Road |
| 3 | Menlo Park, California  94025-7019 |
|   | Telephone:  (650) 473-2600 |
| 4 | Facsimile:   (650) 473-2601 |
|   | E-Mail:       mlandy@omm.com |
| 5 |                     rharting@omm.com |
| 6 | Attorneys for Plaintiff |
|   | SIRNA THERAPEUTICS, INC. |
| 7 | |
|   | ELIZABETH A. HOWARD (State Bar No. 173185) |
| 8 | JAN E. ELLARD (State Bar No. 171947) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 1000 Marsh Road |
|   | Menlo Park, California  94025-1015 |
| 10 | Telephone:  (650) 614-7400 |
|   | Facsimile:   (650) 614-7401 |
| 11 | E-Mail:       ehoward@orrick.com |
|   |                     jellard@orrick.com |
| 12 | |
|   | Attorneys for Defendants |
| 13 | PROTIVA BIOTHERAPEUTICS, INC. |
|   | and MARK J. MURRAY |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIRNA THERAPEUTICS, INC., | Case No. C 06-01361 MMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY, | |
| Defendants. | |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C 06-01361 MMC

1  The parties herein, by and through their counsel of record, hereby stipulate and agree as
2  follows:
3  WHEREAS, because the parties are currently negotiating in good faith to resolve their
4  dispute without legal recourse, the parties respectfully request the Court to continue the initial
5  Case Management Conference and associated dates.
6  NOW, THEREFORE, the parties request that the Court order the following:
7  (1)  on or before September 8, 2006, the parties will meet and confer, in person, to
8  establish a case management schedule;
9  (2)  on or before September 22, 2006, the parties will file a Joint Case Management
10 Statement with the Court, which shall either propose deadlines that have been agreed to by the
11 parties or shall set forth each of the parties' separate views on the deadlines to be established;
12 and
13 (3) the Case Management Conference is continued to September 29, 2006.
14 SO STIPULATED.

15 Dated: July 10, 2006                     O'MELVENY & MYERS LLP

17                                          By: _____/s/ Meredith N. Landy_____
                                                       Meredith N. Landy
18
                                          Attorneys for Plaintiff
19                                        SIRNA THERAPEUTICS, INC.

21 Dated: July 10, 2006                     ORRICK, HERRINGTON & SUTCLIFFE LLP

23                                          By: _____/s/ Elizabeth A. Howard_____
                                                       Elizabeth A. Howard
24
                                          Attorneys for Defendants
25                                        PROTIVA BIOTHERAPEUTICS, INC.
                                          and MARK J. MURRAY

27 / / /
28 / / /

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendants, Elizabeth A. Howard.

Dated: July 10, 2006

O'MELVENY & MYERS LLP

By: ___/s/ Meredith N. Landy___
　　　　Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: July __11__, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:984229.1

- 3 -
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C 06-01361 MMC