MEREDITH N. LANDY (State Bar No. 136489)
ROBERTA L. HARTING (State Bar No. 225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail: mlandy@omm.com
rharting@omm.com

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

ELIZABETH A. HOWARD (State Bar No. 173185)
JAN E. ELLARD (State Bar No. 171947)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
E-Mail: ehoward@orrick.com
jellard@orrick.com

Attorneys for Defendants
PROTIVA BIOTHERAPEUTICS, INC.,
and MARK J. MURRAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIRNA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY, <br><br> Defendants. | Case No. C 06-01361 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

1   The parties herein, by and through their counsel of record, hereby stipulate and agree
2   as follows:
3   WHEREAS plaintiff filed its Amended Complaint on April 25, 2006;
4   WHEREAS the current deadline for defendants to answer or otherwise respond to the
5   Amended Complaint is July 21, 2006;
6   WHEREAS the parties are currently negotiating in good faith to resolve their dispute
7   without legal recourse, the parties respectfully request the Court to extend the defendants' time
8   to answer or otherwise respond to the Amended Complaint to August 21, 2006.
9   NOW, THEREFORE, the parties request that the Court order the following:
10  Defendants' last day to answer or otherwise respond to the Amended Complaint is
11  August 21, 2006.
12  IT IS SO STIPULATED.
13
14  Dated:  July 21, 2006                O'MELVENY & MYERS LLP
15
16                                       By: ___/s/ Meredith N. Landy___
17                                              Meredith N. Landy
18                                       Attorneys for Plaintiff
                                         SIRNA THERAPEUTICS, INC.
19
20  Dated:  July 21, 2006                ORRICK, HERRINGTON & SUTCLIFFE LLP
21
22                                       By: ___/s/ Elizabeth A. Howard___
23                                              Elizabeth A. Howard
24                                       Attorneys for Defendants
                                         PROTIVA BIOTHERAPEUTICS, INC.,
25                                       and MARK J. MURRAY
26  / / /
27  / / /
28  / / /

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendants, Elizabeth A. Howard.

Dated: July 21, 2006

O'MELVENY & MYERS LLP

By: _____/s/ Meredith N. Landy_____
       Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: July 24, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:984868.1

- 2 -
STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC