1 | MEREDITH N. LANDY (State Bar No. 136489)
ROBERTA L. HARTING (State Bar No. 225067)
2 | O'MELVENY & MYERS LLP
2765 Sand Hill Road
3 | Menlo Park, California  94025-7019
Telephone:   (650) 473-2600
4 | Facsimile:    (650) 473-2601
E-Mail:       mlandy@omm.com
5 |                      rharting@omm.com

6 | Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.
7 |
ELIZABETH A. HOWARD (State Bar No. 173185)
8 | JAN E. ELLARD (State Bar No. 171947)
ORRICK, HERRINGTON & SUTCLIFFE LLP
9 | 1000 Marsh Road
Menlo Park, California  94025-1015
10 | Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
11 | E-Mail:       ehoward@orrick.com
                       jellard@orrick.com
12 |
Attorneys for Defendants
13 | PROTIVA BIOTHERAPEUTICS, INC.,
and MARK J. MURRAY
14 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIRNA THERAPEUTICS, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY,<br><br>                    Defendants. | Case No. C 06-01361 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

US_WEST:260075668.1

1    The parties herein, by and through their counsel of record, hereby stipulate and agree
2  as follows:
3    WHEREAS plaintiff filed its Amended Complaint on April 25, 2006;
4    WHEREAS the current deadline for defendants to answer or otherwise respond to the
5  Amended Complaint is August 21, 2006;
6    WHEREAS the parties are currently negotiating in good faith to resolve their dispute
7  without legal recourse, the parties respectfully request the Court to extend the defendants' time
8  to answer or otherwise respond to the Amended Complaint to September 5, 2006.
9    NOW, THEREFORE, the parties request that the Court order the following:
10   Defendants' last day to answer or otherwise respond to the Amended Complaint is
11  September 5, 2006.
12   IT IS SO STIPULATED.

14  Dated:  August 18, 2006          O'MELVENY & MYERS LLP

16                                    By:_____/s/_____
17                                            Meredith N. Landy

18                                    Attorneys for Plaintiff
                                      SIRNA THERAPEUTICS, INC.

21  Dated:  August 18, 2006          ORRICK, HERRINGTON & SUTCLIFFE LLP

23                                    By:_____/s/_____
                                              Elizabeth A. Howard

24                                    Attorneys for Defendants
25                                    PROTIVA BIOTHERAPEUTICS, INC.,
                                      and MARK J. MURRAY
26  / / /
27  / / /
28  / / /

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

US_WEST:260075668.1

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendants, Meredith Landy.

Dated: August 18, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/_____
Elizabeth A. Howard
Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: August 21, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

- 2 -
STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

US_WEST:260075668.1