MEREDITH N. LANDY (State Bar No. 136489)
ROBERTA L. HARTING (State Bar No. 225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
E-Mail:         mlandy@omm.com
                    rharting@omm.com

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

ELIZABETH A. HOWARD (State Bar No. 173185)
JAN E. ELLARD (State Bar No. 171947)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025-1015
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
E-Mail:         ehoward@orrick.com
                    jellard@orrick.com

Attorneys for Defendants
PROTIVA BIOTHERAPEUTICS, INC.,
and MARK J. MURRAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIRNA THERAPEUTICS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY,<br><br>              Defendants. | Case No. C 06-01361 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

1 | The parties herein, by and through their counsel of record, hereby stipulate and agree
2 | as follows:
3 | WHEREAS plaintiff filed its Amended Complaint on April 25, 2006;
4 | WHEREAS the current deadline for defendants to answer or otherwise respond to the
5 | Amended Complaint is September 5, 2006;
6 | WHEREAS the parties are currently negotiating in good faith to resolve their dispute
7 | without legal recourse, the parties respectfully request the Court to extend the defendants' time
8 | to answer or otherwise respond to the Amended Complaint to September 12, 2006.
9 | NOW, THEREFORE, the parties request that the Court order the following:
10 | Defendants' last day to answer or otherwise respond to the Amended Complaint is
11 | September 12, 2006.
12 | IT IS SO STIPULATED.

14 | Dated: September 1, 2006        O'MELVENY & MYERS LLP

16 | By: ___/s/ Meredith N. Landy___
                                         Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

20 | Dated: September 1, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP

22 | By: ___/s/ Elizabeth A. Howard___
                                         Elizabeth A. Howard

Attorneys for Defendants
PROTIVA BIOTHERAPEUTICS, INC.,
and MARK J. MURRAY

26 | / / /
27 | / / /
28 | / / /

STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendants, Elizabeth A. Howard.

Dated: September 1, 2006

O'MELVENY & MYERS LLP

By: _____/s/ Meredith N. Landy_____
        Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

MP1:985669.2

- 2 -
STIPULATION TO FURTHER EXTEND TIME TO ANSWER AMENDED COMPLAINT - C 06-01361 MMC