Dated: September 21, 2006

ELIZABETH A. HOWARD (SBN 173185) ehoward@orrick.com
JAN E. ELLARD (SBN 171947) jellard@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Defendants,
PROTIVA BIOTHERAPEUTICS, INC. and
MARK J. MURRAY

IT IS SO ORDERED
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIRNA THERAPEUTICS, INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>PROTIVA BIOTHERAPEUTICS, INC. and MARK J. MURRAY,<br><br>        Defendants. | Case No.  C 06-01361 MMC<br><br>**DEFENDANTS PROTIVA BIOTHERAPEUTICS, INC.'S AND MARK J. MURRAY'S SECOND RE-NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(7), TO STAY THIS CASE PURSUANT TO ABSTENTION DOCTRINE, AND TO DISMISS PLAINTIFF'S FRAUD CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:      November 17, 2006<br>Time:     9:00 a.m.<br>Judge:    Honorable Maxine M. Chesney<br>Place:    Courtroom 7, 19th Floor |

US_WEST:260095175.1

SECOND RE-NOTICE OF MOTION
CASE NO.: C 06-01361 MMC

**RE-NOTICED NOTICE OF MOTION**

On November 17, 2006, at 9:00 a.m. (or as soon thereafter as the matter may be heard) in Courtroom 7 of the United States District Court for the Northern District of California, defendants Protiva Biotherapeutics, Inc. ("Protiva") and Mark J. Murray ("Dr. Murray") will and hereby do move this Court to enter an Order dismissing the Amended Complaint of plaintiff Sirna Therapeutics, Inc. ("Sirna") or staying this action pending the resolution of the state court action between Protiva and Sirna following the *Colorado River* abstention doctrine. This Motion was originally noticed for October 27, 2006, and subsequently re-noticed for November 3, 2006. It is now being re-noticed to accommodate the schedule of all the parties and their counsel. This Motion is based upon this re-noticed notice of motion, and the before-filed Motion, Memorandum of Points and Authorities attached thereto and filed therewith, the Declaration of Elizabeth A. Howard, Affidavit of Dr. Mark J. Murray filed in support of the Motion, the complete files and records in this action, all matters of which the Court may take judicial notice, and any and all documentary evidence or oral argument as may be presented in conjunction with the hearing in this motion

Dismissal of the action is warranted because Sirna failed to join Protiva Biotherapeutics USA, Inc., an indispensable party that destroys diversity jurisdiction, which is the basis for this Court's subject matter jurisdiction over this matter. Further, a stay is warranted following the *Colorado River* abstention doctrine because of pending state court actions between Protiva and Sirna, and between Protiva and Inex Pharmaceuticals, Corp., involving a near identity of issues. In addition, Sirna's fraud claim should be dismissed with prejudice as Sirna failed to plead (nor can it plead) all the elements of fraud in its Amended Complaint.

Dated: September 21, 2006          Orrick, Herrington & Sutcliffe LLP

/s/ Elizabeth A. Howard
Elizabeth A. Howard
Attorneys for Defendants,
PROTIVA BIOTHERAPEUTICS, INC. and
MARK J. MURRAY