1  MEREDITH N. LANDY (State Bar No. 136489)
   ROBERTA L. HARTING (State Bar No. 225067)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025-7019
   Telephone:  (650) 473-2600
4  Facsimile:   (650) 473-2601
   E-Mail:      mlandy@omm.com
5               rharting@omm.com

6  Attorneys for Plaintiff
   SIRNA THERAPEUTICS, INC.
7
   ELIZABETH A. HOWARD (State Bar No. 173185)
8  JAN E. ELLARD (State Bar No. 171947)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, California  94025-1015
10 Telephone:  (650) 614-7400
   Facsimile:   (650) 614-7401
11 E-Mail:      ehoward@orrick.com
                jellard@orrick.com
12
   Attorneys for Defendants
13 PROTIVA BIOTHERAPEUTICS, INC.
   and MARK J. MURRAY
14

15              **IN THE UNITED STATES DISTRICT COURT**

16              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18 | SIRNA THERAPEUTICS, INC., | Case No. C 06-01361 MMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY, | |
| Defendants. | |

---

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C 06-01361 MMC

1  The parties herein, by and through their counsel of record, hereby stipulate and agree as
2  follows:
3  WHEREAS, because defendants Protiva Biotherapeutics, Inc. and Mark J. Murray has
4  filed a Motion to Dismiss scheduled for hearing on November 17, 2006 and for the purpose of
5  judicial economy and efficiency, the parties respectfully request the Court to continue the initial
6  Case Management Conference to the date of the Motion to Dismiss hearing and to continue the
7  associated dates as set forth below.
8  NOW, THEREFORE, the parties request that the Court order the following:
9  (1) on or before October 27, 2006, the parties will meet and confer to establish a
10 case management schedule;
11 (2) on or before November 9, 2006, the parties will file a Joint Case Management
12 Statement with the Court, which shall either propose deadlines that have been agreed to by the
13 parties or shall set forth each of the parties' separate views on the deadlines to be established;
14 and
15 (3) the Case Management Conference is continued to November 17, 2006.
16 SO STIPULATED.

17 Dated: September 22, 2006          O'MELVENY & MYERS LLP

19                                    By: ___/s/ Meredith N. Landy___
                                            Meredith N. Landy

21                                    Attorneys for Plaintiff
                                      SIRNA THERAPEUTICS, INC.

23 Dated: September 22, 2006          ORRICK, HERRINGTON & SUTCLIFFE LLP

25                                    By: ___/s/ Elizabeth A. Howard___
                                            Elizabeth A. Howard

27                                    Attorneys for Defendants
                                      PROTIVA BIOTHERAPEUTICS, INC.
                                      and MARK J. MURRAY
28
- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C 06-01361 MMC

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendants, Elizabeth A. Howard.

Dated: September 22, 2006        O'MELVENY & MYERS LLP

By: ___/s/ Meredith N. Landy___
            Meredith N. Landy

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: September _22_, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C 06-01361 MMC