|   |   |
|---|---|
| 1 | MEREDITH N. LANDY (State Bar No. 136489) |
|   | DHAIVAT H. SHAH (State Bar No. 196382) |
| 2 | ROBERTA L. HARTING (State Bar No. 225067) |
|   | O'MELVENY & MYERS LLP |
| 3 | 2765 Sand Hill Road |
|   | Menlo Park, California  94025-7019 |
| 4 | Telephone:   (650) 473-2600 |
|   | Facsimile:    (650) 473-2601 |
| 5 | E-Mail:         mlandy@omm.com |
|   |                      dshah@omm.com |
| 6 |                      rharting@omm.com |

Attorneys for Plaintiff
SIRNA THERAPEUTICS, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SIRNA THERAPEUTICS, INC., | Case No. C 06-01361 MMC |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF SIRNA THERAPEUTICS, INC.'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| PROTIVA BIOTHERAPEUTICS, INC., and MARK J. MURRAY, | |
| Defendants. | Honorable Maxine M. Chesney |
|  | Hearing Date:   November 17, 2006 |
|  | Time:                9:00 a.m. |
|  | Place:               Courtroom 7, 19th Floor |

[PROPOSED] ORDER - C 06-01361 MMC

1  Having considered plaintiff Sirna Therapeutics, Inc.'s Motion for Leave to File Surreply
2  in Opposition to Defendants' Motion to Dismiss, and finding sufficient justification in light of the
3  new arguments and cases presented by defendants in their reply memorandum, it is hereby
4  **ORDERED** that the motion is **GRANTED** and the surreply is deemed filed.
5  **IT IS SO ORDERED**.

7  Dated: November 15, 2006

8  _____
9  The Honorable Maxine M. Chesney
   United States District Judge

10  MP1:990590.1