1   MEREDITH N. LANDY (State Bar No. 136489)
    DHAIVAT H. SHAH (State Bar No. 196382)
2   ROBERTA L. HARTING (State Bar No. 225067)
    O'MELVENY & MYERS LLP
3   2765 Sand Hill Road
    Menlo Park, California 94025-7019
4   Telephone: (650) 473 -2600
    Facsimile:  (650) 473-2601
5   E-Mail:   mlandy@omm.com
             dshah@omm.com
6             rharting@omm.com

7   Attorneys for Plaintiff
    SIRNA THERAPEUTICS, INC.
8
    ELIZABETH A. HOWARD (State Bar No. 173185)
9   JAN E. ELLARD (State Bar No. 171947)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
10  1000 Marsh Road
    Menlo Park, California 94025-1015
11  Telephone: (650) 614 -7400
    Facsimile:  (650) 614-7401
12  E-Mail:   ehoward@orrick.com
             jellard@orrick.com
13
    Attorneys for Defendants
14  PROTIVA BIOTHERAPEUTICS, INC.
    and MARK J. MURRAY
15

16              **IN THE UNITED STATES DISTRICT COURT**

17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

19  SIRNA THERAPEUTICS, INC.,                    Case No. C 06-01361 MMC

20                          Plaintiff,           **STIPULATION AND ~~PROPOSED~~**
                                                 **ORDER OF DISMISSAL WITH**
21      v.                                       **PREJUDICE**

22  PROTIVA BIOTHERAPEUTICS, INC.,
    and MARK J. MURRAY,
23
                            Defendants.
24

25

26

27

28

1     The parties herein, by and through their counsel of record, hereby stipulate and agree as

2   follows:

3          WHEREAS, the Plaintiff and Defendants have entered into a Settlement Agreement and

4   General Release which fully settles all contested issues in this case;

5          IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims

6   asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties

7   shall bear their own costs and fees.

8          SO STIPULATED.

9   Dated:  October 12, 2007                      O'MELVENY & MYERS LLP

10

11                                                        By:  _____/s/ Meredith N. Landy_____
                                                                        Meredith N. Landy
12
                                                          Attorneys for Plaintiff
13                                                        SIRNA THERAPEUTICS, INC.

14

15  Dated:  October 12, 2007                      ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                                        By:  _____
                                                                        Elizabeth A. Howard
18
                                                          Attorneys for Defendants
19                                                        PROTIVA BIOTHERAPEUTICS, INC.
                                                          and MARK J. MURRAY
20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - C 06-01361 MMC

1

**CERTIFICATION OF CONCURRENCE**

2          I hereby attest that concurrence in the filing of this document has been obtained from

3    counsel for defendants, Elizabeth A. Howard.

4

     Dated: October 12, 2007                    O'MELVENY & MYERS LLP

5

6
                                               By: _____/s/ Meredith N. Landy_____
7                                                        Meredith N. Landy

8                                              Attorneys for Plaintiff
                                               SIRNA THERAPEUTICS, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       The parties herein, by and through their counsel of record, hereby stipulate and agree as

2  follows:

3       WHEREAS, the Plaintiff and Defendants have entered into a Settlement Agreement and

4  General Release which fully settles all contested issues in this case;

5       IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims

6  asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties

7  shall bear their own costs and fees.

8       SO STIPULATED.

9  Dated: October __, 2007          O'MELVENY & MYERS LLP

10

11                                 By: _____

12                                        Meredith N. Landy

13                                 Attorneys for Plaintiff
                                   SIRNA THERAPEUTICS, INC.

14

15  Dated: October // , 2007         ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                 By: _____
                                        Elizabeth A. Howard

18

19                                 Attorneys for Defendants
                                   PROTIVA BIOTHERAPEUTICS, INC.
                                   and MARK J. MURRAY

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - C 06-01361 MMC

1

**<u>ORDER</u>**

2          IT IS SO ORDERED.

3

4    Dated:  October  15 , 2007

5

6                                              _____
                                              The Honorable Maxine M. Chesney
7                                                  United States District Judge

8

9    MPI:1005886.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - C 06-01361 MMC